

# Fourth Court of Appeals
## San Antonio, Texas

August 1, 2022

No. 04-22-00367-CV

**IN THE INTEREST OF D.L.Q.**, a Child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA01092
Honorable Kimberly Burley, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant, J.Q. has filed a motion for extension of time to file appellant's brief. Appellant, J.Q.'s motion is GRANTED. Appellant, J.Q.'s brief is due on August 23, 2022.

Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

It is so **ORDERED** on August 1, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT